UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

UNITED STATES OF AMERICA,

                Plaintiff,

    -against-

SOKOL GJONI,

                Defendant.

------------------------------------------------------------ x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 9-8-22

20-CR-660 (ALC)

**ORDER**

ANDREW L. CARTER, JR., District Judge:

    A Change of Plea hearing is scheduled for **September 27, 2022** at **3:30 p.m.**

SO ORDERED.

Dated:    New York, New York
             September 8, 2022

                                                  ANDREW L. CARTER, JR.
                                                  United States District Judge