**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __1/25/23__

**LAW OFFICES**
**LAZZARO LAW FIRM, P.C.**
360 COURT STREET
SUITE 3
BROOKLYN, NEW YORK 11231

TELEPHONE: (718) 488-1900
TELECOPIER: (718) 488-1927
EMAIL:LAZZAROLAW@AOL.COM

LANCE LAZZARO
RANDALL LAZZARO *

JAMES KILDUFF * JAMES
KIRSHNER ROGER
GREENBERG

* ADMITTED IN NY & NJ

January 24, 2023

**sent via ECF**
Honorable Andrew L. Carter, Jr.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

RE:   **United States v. Sokol Gjoni**
      **Criminal Docket No.: 20-cr-00660**

Dear Judge Carter:

      As you are aware, this firm represents Mr. Sokol Gjoni with regards to the above referenced matter. Mr. Gjoni is currently scheduled for a court appearance before your Honor on January 31, 2023 for sentencing. However, I need more time to confer with my client with regards to the sentencing submission on his behalf. Therefore, I am respectfully requesting that Mr. Gjoni's sentencing date be adjourned to February 22nd, March 2nd, March 3rd, or March 6th and an adjustment of the current sentencing submission schedule. AUSA Samuel Raymond and AUSA David Felton has stated that the Government does not oppose this request for an adjournment. This is the Defendant's first request for an adjournment of the sentencing. The Defendant, Mr. Gjoni does not object to this request for an adjournment. Thank you for your attention herein. If you have any questions and/or concerns with regards to this matter, please do not hesitate to contact the undersigned.

Very truly yours,
LAZZARO LAW FIRM, P.C.

BY: _____/s/_____
Lance Lazzaro, Esq.

cc: AUSA Samuel Raymond and AUSA David Felton  via ECF

The application is **GRANTED**. The sentencing is adjourned to 3/2/23 at 2:00 p.m.

So Ordered. _/s/ Andrew L. Carter_  1/25/23